1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    ROCKRIDGE TRUST, et al.,                Case No.  13-cv-01457-JCS
8             Plaintiffs,
9        v.                                  **ORDER REFERRING CASE TO ADR
                                             UNIT FOR ASSESSMENT TELEPHONE
10   WELLS FARGO NA, et al.,                 CONFERENCE**
11            Defendants.
12           Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this

13   foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

14   conference to assess this case's suitability for mediation or a settlement conference.  Plaintiff and

15   Defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit

16   as soon as possible but no later than **May 1, 2013**.

17           Plaintiff and Defendants' counsel shall be prepared to discuss the following subjects:

18   (1)     Identification and description of claims and alleged defects in loan documents.

19   (2)     Prospects for loan modification.

20   (3)     Prospects for settlement.

21   The parties need not submit written materials to the ADR Unit for the telephone conference.

22   In preparation for the telephone conference, Plaintiff shall do the following:

23   (1)     Review relevant loan documents and investigate the claims to determine whether they have

24   merit.

25   (2)     If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff

26   shall prepare a current, accurate financial statement and gather all of the information and

27   documents customarily needed to support a loan modification request.  Further, Plaintiff shall

28   immediately notify Defendant's counsel of the request for a loan modification.

United States District Court
Northern District of California

(3)     Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for Defendants shall do the following.

(1)     If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants shall promptly notify Plaintiff to that effect.

(2)     Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time  on which the telephone conference will be held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

IT IS SO ORDERED.


Dated: April 10, 2013


_____
Joseph C. Spero
United States Magistrate Judge