MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL, III (State Bar No. 240494)
MARIA SCHINDLER (State Bar No. 279043)
ms@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCKRIDGE TRUST, a California Trust, and RAY K. SHAHANI, TRUSTEE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO NA, a South Dakota corporation, BANK OF AMERICA NA, a North Carolina corporation, FIRST AMERICAN TRUSTEE SERVICING SOLUTION LLC, a Texas corporation, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC, a Texas corporation, and DOES 1-25,<br><br>Defendants. | Case No. 3:13-cv-01457-JCS<br><br>**STIPULATION TO CONTINUE DEFENDANT'S RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)** |

Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate to a fourteen day extension of defendants' deadline to answer, move, or otherwise respond to the second amended complaint filed by Plaintiff Ray Shahani and Rockridge Trust. Defendants will file their responsive pleadings on or before **November 18, 2013**.

This change will not alter the date of any event or any deadline already fixed by Court order. L.R. 6-1(a). The parties desire to extend time due to unavailability of counsel on certain

1  dates, to best coordinate the filing of related pleadings, and to avoid scheduling duplicative

2  hearings before this Court.

4  DATED:  October 25, 2013            Respectfully submitted,

5                                     SEVERSON & WERSON
                                      A Professional Corporation
6

7                                     By:    /s/ Maria Schindler
8                                               Maria Schindler

9                                     Attorneys for Defendants WELLS FARGO BANK,
                                      N.A. and BANK OF AMERICA, N.A.
10

11 DATED:  October 25, 2013            RAY K. SHAHANI, TRUSTEE, ROCKRIDGE TRUST

12                                    By:    /s/ Ray K. Shahani
                                                Ray K. Shahani
13                                    Plaintiff in PRO PER

15 DATED:  October 25, 2013            LAW OFFICES OF GLENN H. WECHSLER

17                                    By:    /s/ Lawrence D. Harris
                                                Lawrence D. Harris
18

19                                    Attorneys for Defendants FIRST AMERICAN
                                      LOANSTAR TRUSTEE SERVICES and FIRST
20                                    AMERICAN TRUSTEE SERVICING
                                      SOLUTIONS

22 I, Maria Schindler am the ECF user whose identification and password are being used to file this

23 stipulation.  I hereby attest that Ray Shahani and Lawrence Harris have concurred in this filing.

24 */s/ Maria Schindler*

26  Dated:  10/29/13

IT IS SO ORDERED

Judge Joseph C. Spero