1  MARK D. LONERGAN (State Bar No. 143622)
   EDWARD R. BUELL, III (State Bar No. 240494)
2  MARIA SCHINDLER (State Bar No. 279043)
   ms@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO BANK, N.A. and
   BANK OF AMERICA, N.A.
8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

11

12 ROCKRIDGE TRUST, a California Trust, and    Case No. 3:13-cv-01457-JCS
   RAY K. SHAHANI, TRUSTEE, an
13 individual,                                  **STIPULATION TO CONTINUE
                                                MEDIATION DEADLINE PURSUANT
14            Plaintiffs,                       TO CIVIL LOCAL RULE 6-2(A)**

15       vs.

16 WELLS FARGO NA, a South Dakota
   corporation, BANK OF AMERICA NA, a
17 North Carolina corporation, FIRST
   AMERICAN TRUSTEE SERVICING
18 SOLUTION LLC, a Texas corporation, FIRST
   AMERICAN LOANSTAR TRUSTEE
19 SERVICES LLC, a Texas corporation, and
   DOES 1-25,
20
            Defendants.
21

22

23       Pursuant to Civil Local Rules 6-2 and 7-12, the parties now file a joint stipulated request

24 for an extension of this Court's deadline to complete mediation of this action.  The parties

25 stipulate to complete mediation by **March 31, 2013**.

26       After conferring with the assigned court-appointed mediator, it has become apparent that

27 mediation at this time would not result in a resolution of this matter, due to uncertainty in the

28 status of the pleadings and the vast differences in Plaintiffs' and Defendants' settlement positions.

1  To avoid fruitless use of the court-appointed mediator's time, Defendants Wells Fargo Bank,
2  N.A., Bank of America, N.A., and First American Trustee requested to continue the mediation to a
3  date after their next motion to dismiss could be heard by this Court, when they could make a more
4  informed decision as to the settlement value of the case.  Plaintiffs do not object to defendant's
5  request, and has entered into this stipulation.  The next motion to dismiss is scheduled for
6  February 2014.  The parties and the mediator have reserved space for a mediation, which will
7  occur on March 17, 2014, a date mutually agreeable to all parties.  The parties wish to continue
8  their mediation deadline to March 31, 2013 in order to accommodate any last-minute scheduling
9  issues that could interfere with the planned March 17th mediation.  Plaintiffs do not oppose this
10 continuance and join in this stipulation.  L.R. 6-2(a)(1).
11      While Plaintiffs and Defendants have entered into several stipulations to extend response
12 times to pleadings and motions in order to mutually accommodate each other's schedules, this is
13 the first stipulation to continue mediation. L.R. 6-2(a)(2).
14      This change will not have any effect on the schedule of this case. L.R. 6-2(a)(2).  The
15 litigation and motion schedule for this case will be unaffected by a change in the mediation date,
16 especially since a mediation completed by the original deadline of December 31, 2013 would not
17 have resulted in a settlement.  The parties wish to extend time to complete mediation due to their
18 desire to use their court-appointed mediator's time in the most efficient way possible, and to
19 maximize the chances of settling this matter.

21 DATED:  January 3, 2014            Respectfully submitted,

                                     SEVERSON & WERSON
                                     A Professional Corporation

                                     By:  _____*/s/ Maria Schindler*_____
                                               Maria Schindler

                                     Attorneys for Defendants WELLS FARGO BANK,
                                     N.A. and BANK OF AMERICA, N.A.

DATED: January 3, 2014                    RAY K. SHAHANI, TRUSTEE, ROCKRIDGE TRUST

By:  /s/ Ray K. Shahani
          Ray K. Shahani

Plaintiff in PRO PER

DATED: January 3, 2014                    LAW OFFICES OF GLENN H. WECHSLER

By:  /s/ Lawrence D. Harris
          Lawrence D. Harris

Attorneys for Defendants FIRST AMERICAN LOANSTAR TRUSTEE SERVICES and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS

I, Maria Schindler am the ECF user whose identification and password are being used to file this stipulation. I hereby attest that Ray Shahani and Lawrence Harris have concurred in this filing.

/s/ Maria Schindler

Dated: 1/7/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA