Law Offices of
**GLENN H. WECHSLER**
1646 North California Blvd., Suite 450
Walnut Creek, California 94596

Telephone: (925) 274-0200
Facsimile: (925) 274-0202
Email: larry@glennwechsler.com

January 31, 2014

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Date Avenue
San Francisco, CA 94102

RE: **REQUEST FOR TELEPHONIC APPEARANCE**
**Rockridge Trust, et al. v. Wells Fargo, N.A., et al.**
**Case No. 3:13-cv-01457 JCS**

Your Honor,

    I hereby respectfully request approval to appear telephonically in the referenced matter on behalf of defendant First American Trustee Servicing Solutions LLC, formerly known as First American Loanstar Trustee Services, LLC for the hearings on the Motion to Dismiss Second Amended Complaint and Case Management Conference set for February 7, 2014 at 9:30 a.m. in Courtroom G.

    I, Lawrence D. Harris, will make the appearance by telephone. I will be on phone standby beginning at 9:30 a.m. and await the Court's call. The telephone number at which I can be reached at the scheduled time is (925) 274-0200.

    Thank you for your consideration in this matter.

Respectfully submitted,

LAWRENCE D. HARRIS

LDH:db
cc: all counsel

Dated: 2/4/14

IT IS SO ORDERED
Judge Joseph C. Spero

G:\Larry\FATCO\Shahani\Court Req. for Telephonic Appearance 2-7-14.docx