UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKRIDGE TRUST, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO NA, et al.,<br><br>  Defendants. | Case No.  13-cv-01457-JCS<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 109 |

On April 29, 2014, the parties filed a joint letter regarding discovery disputes. *See* Dkt. No. 109. On April 30, 2014, the parties filed a document styled as errata to the joint letter. *See* Dkt. No. 111. The Court has reviewed the submitted materials and it orders as follows:

(1) Plaintiffs' motion to extend time for fact and expert disclosures is DENIED. Plaintiff has not identified any particular additional discovery that is sought.

(2) Plaintiffs' motion to produce sound recordings between Plaintiffs and Defendants is GRANTED IN PART. By May 13, 2014 at 5:00 p.m., Defendants shall produce sound recordings of conversations between Plaintiffs and Defendants that were made between September 1, 2011 until March 31, 2013.

(3) Plaintiff's motion to produce net present value and waterfall analyses is DENIED in light of Defendants' representation that no such analyses were performed regarding Plaintiffs' loan.

**IT IS SO ORDERED.**

Dated: May 6, 2014

JOSEPH C. SPERO
United States Magistrate Judge