UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKRIDGE TRUST, et al.,<br>　　　Plaintiffs,<br>　　v.<br>WELLS FARGO NA, et al.,<br>　　　Defendants. | Case No.  13-cv-01457-JCS<br><br>**ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Dkt. No. 112 |

On May 2, 2014, Defendants filed a motion for summary judgment, noticing the hearing for June 6, 2014. *See* Dkt. No. 112. The Court orders that the hearing on Defendant's motion for summary judgment is continued until **June 20, 2014**. The briefing schedule is not changed by this order.

**IT IS SO ORDERED.**

Dated: May 6, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge