UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKRIDGE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO NA, et al., <br><br> Defendants. | Case No. 13-cv-01457-JCS <br><br> **ORDER DENYING IN PART AND DEFERRING IN PART PLAINTIFFS' REQUEST FOR ORAL ARGUMENT AND LEAVE TO FILE SUPPLEMENTAL BRIEF** <br><br> Re: Dkt. No. 123 |

On June 4, 2014, Plaintiffs filed a request for oral argument and leave to file a supplemental brief. *See* Dkt. No. 123. The next day, Defendants filed an opposition. *See* Dkt. No. 124. The Court has reviewed the parties' submissions, and it orders as follows:

The request for leave to file a supplemental brief is DENIED. The Court finds that Plaintiffs have not shown good cause for leave to file a supplemental brief. All of the arguments and evidence with which Plaintiffs seek to supplement the record were known to Plaintiffs before they filed their opposition brief on May 23, 2014. *See* Dkt. No. 120. Furthermore, Plaintiffs already received a one-week extension to file their opposition brief. *See* Dkt. No. 118.

The request for oral argument is DEFERRED. Oral argument on the pending motion for summary judgment is currently set to occur on June 20, 2014. If the Court declines to hear oral argument, it will inform the parties of this at a later date.

**IT IS SO ORDERED.**

Dated: June 6, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge