MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL, III (State Bar No. 240494)
ANDREW W. NOBLE (State Bar No. 245993)
MARIA SCHINDLER (State Bar No. 279043)
ms@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCKRIDGE TRUST, a California Trust, and RAY K. SHAHANI, TRUSTEE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO NA, a South Dakota corporation, BANK OF AMERICA NA, a North Carolina corporation, and DOES 1-25,<br><br>Defendants. | Case No. 3:13-cv-01457-JCS<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |

WHEREAS, Defendants Wells Fargo Bank, N.A. and Bank of America, N.A. have filed a motion for summary judgment (Doc. #112) that is scheduled to be heard on June 20, 2014 at 9:30 a.m.; and

WHEREAS, at a mediation held on June 19, 2014 Defendants and Plaintiffs Rockridge Trust and Ray K. Shahani entered into an interim settlement agreement that, by its terms, will be finalized by not later than June 27, 2014, and if finalized will result in the dismissal of this Action; and

WHEREAS, Defendants' undersigned counsel is unavailable to argue the motion from

1  June 30, 2014 through July 7, 2014, due to family vacation;

2        NOW THEREFORE Defendants and Plaintiffs stipulate that the hearing on Defendants'

3  motion for summary judgment be continued to a date not earlier than July 8, 2014 to provide

4  sufficient time to finalize the settlement and dismiss the Action.

5        IT IS SO STIPULATED.

7  DATED:  June 19, 2014              Respectfully submitted,

8                                     SEVERSON & WERSON
                                      A Professional Corporation

10                                    By:    /s/ Andrew W. Noble
11                                              Andrew W. Noble

12                                    Attorneys for Defendants WELLS FARGO BANK,
                                      N.A. and BANK OF AMERICA, N.A.
13

14  DATED:  June 19, 2014              RAY K. SHAHANI, TRUSTEE, ROCKRIDGE TRUST
15
                                      By:    /s/ Ray K. Shahani
16                                              Ray K. Shahani

17                                    Plaintiff in PRO PER

19  I, Andrew Noble am the ECF user whose identification and password are being used to file this

20  stipulation.  I hereby attest that Ray Shahani has concurred in this filing.

21  /s/ Andrew W. Noble

23  IT IS HEREBY ORDERED THAT the hearing date of 6/20/14 at 9:30 AM on the Motion for
    Summary Judgment is VACATED.  The further case management conference currently set for
24  7/25/14 at 2:00 PM, shall remain on calendar. At the case management conference the Court will
25  discuss re-setting the hearing date on the Motion for Summary Judgment.
    Dated: 6/20/14

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero